```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS
```

VETERAN'S TRANSPORTATION
SERVICES,
    Plaintiff and
    Defendant in Counterclaim,

        v.                                     CIVIL ACTION NO.
                                            19-11019-MBB

TEAMSTERS LOCAL UNION NO. 25,
    Defendant and
    Plaintiff in Counterclaim.

**FINAL JUDGMENT**

**November 25, 2019**

**BOWLER, U.S.M.J.**

The issues having been duly heard and a decision rendered, it is **ORDERED** and **ADJUDGED** that the award of the arbitrator (Docket Entry # 17-1, p. 20),[1] as clarified (Docket Entry # 17-15, p. 3), which upheld a grievance filed by defendant and plaintiff-in-counterclaim Teamsters Local Union No. 25, required plaintiff and defendant-in-counterclaim Veteran's Transportation Services to reinstate Cathy LeBlanc with full seniority and to be made whole for all lost wages and benefits retroactive to August 30, 2018 when she was medically cleared to return to work, subject to LeBlanc's back wages being mitigated by the money she earned at the Market Basket Supermarket while out of work, is **CONFIRMED** and

---

[1] The page number refers to the page number in the upper right-hand corner of the docketed filing.

this action **DISMISSED**.

<u>/s/ Marianne B. Bowler</u>
**MARIANNE B. BOWLER**
United States Magistrate Judge